1  JEFFREY K. BROWN, BAR NO. 162597
   RICHARD S. FALCONE, Bar No. 95265
2  SEAN A. O'BRIEN, Bar No. 133154
   PAYNE & FEARS LLP
3  Attorneys at Law
   One Embarcadero Center, Suite 2300
4  San Francisco, CA 94111
   Telephone: (415) 398-7860
5  Facsimile: (415) 398-7863
   jkb@paynefears.com
6  rsf@paynefears.com
   sao@paynefears.com
7
8  Attorneys for Defendants
   QUALMARK CORPORATION and
   QUALMARK LING CORPORATION
9

ORIGINAL FILED

08 MAR 31 AM 11:51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALMARK CORPORATION, a Colorado Corporation; QUALMARK LING CORPORATION, a Colorado Corporation; and DOES 1 - 30, inclusive,<br><br>Defendants. | CASE NO. C08-01717 MMC<br><br>[Santa Clara County Superior Court Case No. 108CV106987]<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>[Civil L.R. 3-13] |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF DATA PHYSICS CORPORATION, a California corporation, AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that in accordance with Civil Local Rule 3-13, defendants QualMark Corporation, a Colorado corporation, and QualMark Ling Corporation, a Colorado corporation, hereby provide notice of the pendency of another

COPY

action or proceeding that involves all or a material part of the same subject matter and all or substantially all of the same parties as another action which is pending in another Federal or State court.

In accordance with Civil Local Rule 3-13(b) the following content of the other action is hereby provided:

(1) A description of the other action: The other action asserts seven claims for relief including: (1) Declaration of Trademark Ownership; (2) Federal Trademark Infringement; (3) Common Law Trademark Infringement; (4) Violation of the Colorado Consumer Protection Act ("CCPA"); (5) Misappropriation of Business Values; (6) Unjust Enrichment; and (7) Infringement of California Trademark Registration.

(2) The title and location of the Court in which the other action or proceeding is pending: QualMark Corporation, and QualMark Ling Corporation, both Colorado corporations, plaintiffs versus Data Physics Corporation, a California corporation, defendant, United States District Court for the District of Colorado, Case No. 07-CV-02665-REB-KLM.

(3) A brief statement of:

(A) The relationship of the other action to the action or proceeding pending in this district: The action pending in the District Court of Colorado was filed on or about

1  December 21, 2007 before plaintiff in the action now pending in
2  this Court filed its Complaint against defendant in the Santa
3  Clara County Superior Court on February 28, 2008.  The factual
4  allegations that are raised by plaintiff Data Physics Corporation
5  in this action arise out of the same set of operative facts
6  and/or are substantially similar to those previously alleged and
7  raised by defendants QualMark Corporation and QualMark Ling
8  Corporation in the earlier filed action by those corporations in
9  the District Court of Colorado.

      (B)  In accordance with this requirement of the
Local Rules, defendants in this action, QualMark Corporation and
QualMark Ling Corporation, immediately will seek to transfer this
pending action to the United States District Court for the
District of Colorado pursuant to 28 U.S.C. § 1407 (Multi-District
Litigation Procedures) and/or will pursue other coordination in
order to attempt to avoid conflicts, conserve resources and
promote an efficient determination of this action.

                                   Respectfully submitted,

DATED:  March 28, 2008             PAYNE & FEARS LLP


                                   By: /s/
                                        JEFFREY K. BROWN
                                        RICHARD S. FALCONE
                                        SEAN A. O'BRIEN

                                   Attorneys for Defendants
                                   QUALMARK CORPORATION and QUALMARK
                                   LING CORPORATION

391139.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

3
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING       Case No. _____