```
 1  JEFFREY K. BROWN, BAR NO. 162597
    RICHARD S. FALCONE, Bar No. 95265
 2  SEAN A. O'BRIEN, Bar No. 133154
    PAYNE & FEARS LLP
 3  Attorneys at Law
    One Embarcadero Center, Suite 2300
 4  San Francisco, CA 94111
    Telephone: (415) 398-7860
 5  Facsimile: (415) 398-7863
    jkb@paynefears.com
 6  rsf@paynefears.com
    sao@paynefears.com
 7
    Attorneys for Defendants
 8  QUALMARK CORPORATION and
    QUALMARK LING CORPORATION
 9
```

ORIGINAL FILED

08 MAR 31 AM 11:51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

ADR

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

#### SAN JOSE DIVISION



C08 01717 MMC

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALMARK CORPORATION, a Colorado Corporation; QUALMARK LING CORPORATION, a Colorado Corporation; and DOES 1 - 30, inclusive,<br><br>Defendants. | CASE NO.<br><br>[Santa Clara County Superior Court Case No. 108CV106987]<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for defendants QualMark Corporation and QualMark Ling Corporation, certifies that as of this date, other


COPY

---

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS   Case No. _____

than the named parties, there is no such interest to report.

DATED: March 28, 2008          PAYNE & FEARS LLP

                               By: /s/
                                   JEFFREY K. BROWN
                                   RICHARD S. FALCONE
                                   SEAN A. O'BRIEN

                               Attorneys for Defendants
                               QUALMARK CORPORATION and QUALMARK
                               LING CORPORATION

389768.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS              Case No. ____