JEFFREY K. BROWN, BAR NO. 162597
RICHARD S. FALCONE, Bar No. 95265
SEAN A. O'BRIEN, Bar No. 133154
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
*jkb@paynefears.com*
*rsf@paynefears.com*
*sao@paynefears.com*

Attorneys for Defendants
QUALMARK CORPORATION and
QUALMARK LING CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>QUALMARK CORPORATION, a Colorado Corporation; QUALMARK LING CORPORATION, a Colorado Corporation; and DOES 1 - 30, inclusive,<br><br>   Defendants. | CASE NO. C08 01717 MMC<br><br>**PROOF OF SERVICE OF NOTICE OF REMOVAL AND RELATED PAPERS** |

---

PROOF OF SERVICE OF NOTICE OF REMOVAL AND RELATED PAPERS     Case No. C08-01717 MMC

1 **PROOF OF SERVICE**

2 *Data Physics Corporation v. QualMark Corporation et al.*

3 STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

4 I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is One Embarcadero Center, Suite 2300, San Francisco, California 94111.

On April 1, 2008, I served the following document(s) described as:

**1.   Civil Cover Sheet**

**2.   Notice of Removal of Civil Action**

**3.   Certification of Interested Entities or Persons**

**4.   Notice of Pendency of Other Action or Proceeding**

**5.   Order Setting Initial Case Management Conference and ADR Deadlines (including Standing Order for Civil Cases Assigned to the Hon. Maxine M. Chesney and Order Re Electronic Filing in Cases with Unrepresented Parties)**

**6.   Proof of Service of Notice of Removal and Related Papers**

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

```
Robert W. Payne              Attorneys for Data Physics
Alan E. Engle                Corporation
Nicole A. Smith
LaRiviere, Grubman & Payne LLP
19 Upper Ragsdale Drive
P.O. Box 3140
Monterey, CA  93942-3140
```

☒ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.  I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

☐ **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned

2

PROOF OF SERVICE OF NOTICE OF REMOVAL AND RELATED
PAPERS                                          Case No. C08 01717 MMC

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

1  document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 31, 2008, at San Francisco, California.

*Bliss Birchett*
BLISS BIRCHETT

391208.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860