JEFFREY K. BROWN, BAR NO. 162597
RICHARD S. FALCONE, Bar No. 95265
SEAN A. O'BRIEN, Bar No. 133154
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
*jkb@paynefears.com*
*rsf@paynefears.com*
*sao@paynefears.com*

Attorneys for Defendants
QUALMARK CORPORATION and
QUALMARK LING CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALMARK CORPORATION, a Colorado Corporation; QUALMARK LING CORPORATION, a Colorado Corporation; and DOES 1 - 30, inclusive,<br><br>Defendants. | CASE NO. C08 01717 MMC<br><br>**CERTIFICATION OF FILING AND SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |

I, Richard S. Falcone, declare as follows:

1. I am an attorney duly licensed to practice before this Court and before all of the courts of the State of California, and I am a partner with the law firm of Payne & Fears LLP, counsel of record for Defendants QualMark Corporation and QualMark Ling Corporation ("Defendants"). I have personal knowledge of the facts set forth in this Declaration, and if

391188.1

CERTIFICATION OF FILING AND SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT    Case No. C08 01717 MMC

called as a witness, could and would testify competently thereto.

      2.   On March 31, 2008, I caused Defendants' Notice of Removal of Civil Action to be filed in this Court.

### NOTICE TO THE CLERK OF THE SUPERIOR COURT

      3.   On April 1, 2008, after filing the Notice of Removal in this Court, I caused Defendants' Notice to Clerk of the Superior Court, County of Santa Clara, of Removal of Civil Action to the United States District Court for the Northern District of California (the "Notice to Clerk"), to be filed in the Santa Clara County Superior court, where this action had been pending.  A copy of the Notice of Removal was attached as Exhibit "A" to the Notice to Clerk.  A true and correct copy of the Notice to Clerk, file-stamped by the Santa Clara County Superior Court, is attached as Exhibit "A" hereto.

### NOTICE TO ADVERSE PARTY

      4.   On April 1, 2008, after filing the Notice of Removal with this Court, I caused Defendants' Notice to Plaintiff of Removal of Civil Action to United States District Court (the "Notice to Adverse Party") to be served upon Plaintiff.  A true and correct copy of the Notice to Adverse Party, file-stamped by the Santa Clara County Superior Court, is attached as Exhibit "B" hereto.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

391188.1

2

CERTIFICATION OF FILING AND SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

Case No. C08 01717 MMC

**PROOFS OF SERVICE**

5. Attached hereto as Exhibit "C" is a Proof of Service of Notice of Removal and Related Papers upon Plaintiff.

6. Attached hereto as Exhibit "D" is a proof of service of the Notice to Clerk upon Plaintiff.

7. Attached hereto as Exhibit "E" is a proof of service of the Notice to Adverse Party upon Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed this 1st day of April, 2008, at San Francisco California.



_____
RICHARD S. FALCONE

391188.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860
391188.1

3

CERTIFICATION OF FILING AND SERVICE OF NOTICE TO STATE COURT AND
ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT    Case No. C08 01717 MMC

# EXHIBIT A

| | |
|---|---|
| 1 | Jeffrey K. Brown, Bar No. 162597 |
|   | Richard S. Falcone, Bar No. 95265 |
| 2 | Sean A. O'Brien, Bar No. 133154 |
|   | PAYNE & FEARS LLP |
| 3 | Attorneys at Law |
|   | One Embarcadero Center, Suite 2300 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 398-7860 |
| 5 | Facsimile: (415) 398-7863 |
| 6 | Attorneys for Defendants |
|   | QUALMARK CORPORATION and |
| 7 | QUALMARK LING CORPORATION |

ENDORSED
2008 APR -1 A 9 59
S. GANCAYCO

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

## UNLIMITED JURISDICTION

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> QUALMARK CORPORATION, a Colorado Corporation; QUALMARK LING CORPORATION, a Colorado Corporation; and DOES 1 - 30, inclusive, <br><br> Defendants. | CASE NO. 108CV106987 <br><br> **NOTICE TO CLERK OF THE SUPERIOR COURT, COUNTY OF SANTA CLARA, OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** <br><br> Date Action Filed: February 28, 2008 <br> Trial Date: None. |

TO THE CLERK OF THE SUPERIOR COURT FOR THE COUNTY OF SANTA CLARA:

PLEASE TAKE NOTICE that on March 31, 2008, defendants QUALMARK CORPORATION and QUALMARK LING CORPORATION, filed in the United States District Court for the Northern District of California, San Jose Division, its Notice of Removal of Civil Action. A copy of the Notice is attached as Exhibit "A" hereto.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the

COPY

---

NOTICE TO CLERK OF THE SUPERIOR COURT, COUNTY OF SANTA CLARA, OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Exhibit A**
**page 5**

1  filing of the Notice in the United States District Court, together with the filing of a copy thereof
2  with this Superior Court, effects the removal of this action and this Superior Court may proceed no
3  further unless and until the action is remanded.

4

5  DATED: March 31, 2008          PAYNE & FEARS LLP

6
7                                  By: _____
8                                      JEFFREY K. BROWN
                                       RICHARD S. FALCONE
                                       SEAN A. O'BRIEN
9
                                   Attorneys for Defendants
10                                 QUALMARK CORPORATION and
                                   QUALMARK LING CORPORATION
11
   391145.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

**Exhibit A**
**page 6**

-2-
NOTICE TO CLERK OF THE SUPERIOR COURT, COUNTY OF SANTA CLARA, OF REMOVAL OF CIVIL
ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# EXHIBIT B

1  Jeffrey K. Brown, Bar No. 162597
   Richard S. Falcone, Bar No. 95265
2  Sean A. O'Brien, Bar No. 133154
   PAYNE & FEARS LLP
3  Attorneys at Law
   One Embarcadero Center, Suite 2300
4  San Francisco, CA 94111
   Telephone: (415) 398-7860
5  Facsimile: (415) 398-7863

6  Attorneys for Defendants
   QUALMARK CORPORATION and
7  QUALMARK LING CORPORATION

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF SANTA CLARA

10                        UNLIMITED JURISDICTION

11 | DATA PHYSICS CORPORATION, a        | CASE NO. 108CV106987
    | California Corporation,            |
12 |                                    | NOTICE TO PLAINTIFF OF REMOVAL
    |     Plaintiff,                     | OF CIVIL ACTION TO THE UNITED
13 |                                    | STATES DISTRICT COURT FOR THE
    |   v.                               | NORTHERN DISTRICT OF
14 |                                    | CALIFORNIA
    | QUALMARK CORPORATION, a Colorado   |
15 | Corporation; QUALMARK LING         |
    | CORPORATION, a Colorado Corporation; and | Date Action Filed: February 28, 2008
16 | DOES 1 - 30, inclusive,           | Trial Date:        None.
17 |     Defendants.                    |

19       TO PLAINTIFF DATA PHYSICS CORPORATION, AND ITS ATTORNEYS OF

20 RECORD: LaRIVIERE, GRUBMAN & PAYNE, LLP:

22       PLEASE TAKE NOTICE that on March 31, 2008, defendants QUALMARK

23 CORPORATION and QUALMARK LING CORPORATION filed in the United States District

24 Court for the Northern District of California its Notice of Removal of Civil Action. A true and

25 correct copy of the Notice is attached hereto as Exhibit "A."

27       Also attached as Exhibit "B" is the Order Setting Initial Case Management

---
NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

COPY

1  Conference and ADR Deadlines (including Standing Order for Civil Cases Assigned to the Hon.
2  Maxine M. Chesney and Order Re Electronic Filing in Cases with Unrepresented Parties) which
3  we are required to serve upon you pursuant to the Northern District's Local Rules:

4  DATED: March 31, 2008          PAYNE & FEARS LLP

5

6                                 By: /s/
7                                     JEFFREY K. BROWN
                                      RICHARD S. FALCONE
8                                     SEAN A. O'BRIEN

9                                 Attorneys for Defendants
                                  QUALMARK CORPORATION and
10                                QUALMARK LING CORPORATION

11 391117.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

**Exhibit B**
**page 9**

# EXHIBIT C

Exhibit C
Page 10

1  JEFFREY K. BROWN, BAR NO. 162597
   RICHARD S. FALCONE, Bar No. 95265
2  SEAN A. O'BRIEN, Bar No. 133154
   PAYNE & FEARS LLP
3  Attorneys at Law
   One Embarcadero Center, Suite 2300
4  San Francisco, CA 94111
   Telephone: (415) 398-7860
5  Facsimile: (415) 398-7863
   jkb@paynefears.com
6  rsf@paynefears.com
   sao@paynefears.com
7
   Attorneys for Defendants
8  QUALMARK CORPORATION and
   QUALMARK LING CORPORATION
9

                    **UNITED STATES DISTRICT COURT**

               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

                           **SAN JOSE DIVISION**

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>QUALMARK CORPORATION, a Colorado Corporation; QUALMARK LING CORPORATION, a Colorado Corporation; and DOES 1 - 30, inclusive,<br><br>             Defendants. | CASE NO. C08 01717 MMC<br><br>**PROOF OF SERVICE OF NOTICE OF REMOVAL AND RELATED PAPERS** |

Exhibit C
page 11

PROOF OF SERVICE OF NOTICE OF REMOVAL AND RELATED PAPERS                Case No. C08-01717 MMC

## PROOF OF SERVICE

*Data Physics Corporation v. QualMark Corporation et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is One Embarcadero Center, Suite 2300, San Francisco, California 94111.

On March 31, 2008, I served the following document(s) described as:

1. Civil Cover Sheet

2. Notice of Removal of Civil Action

3. Certification of Interested Entities or Persons

4. Notice of Pendency of Other Action or Proceeding

5. Order Setting Initial Case Management Conference and ADR Deadlines (including Standing Order for Civil Cases Assigned to the Hon. Maxine M. Chesney and Order Re Electronic Filing in Cases with Unrepresented Parties)

6. Proof of Service of Notice of Removal and Related Papers

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

Robert W. Payne                    Attorneys for Data Physics
Alan E. Engle                      Corporation
Nicole A. Smith
LARIVIERE, GRUBMAN & PAYNE LLP
19 Upper Ragsdale Drive
P.O. Box 3140
Monterey, CA  93942-3140

[X]  **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

[ ]  **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned

2

PROOF OF SERVICE OF NOTICE OF REMOVAL AND RELATED
PAPERS                                          Exhibit C       Case No. C08-01717
                                                page 12

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 31, 2008, at San Francisco, California.

*Bliss Birchett*
BLISS BIRCHETT

391208.1

Exhibit C
page 13

PROOF OF SERVICE OF NOTICE OF REMOVAL AND RELATED PAPERS

Case No. C08-01717

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

# EXHIBIT D

# PROOF OF SERVICE

*Data Physics Corporation v. Qualmark Corporation et al.*
Santa Clara County Superior Court, Case No. 108CV106987

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is One Embarcadero Center, Suite 2300, San Francisco, California 94111.

On March 31, 2008, I served the following document(s) described as

**NOTICE TO CLERK OF THE SUPERIOR COURT, COUNTY OF SANTA CLARA, OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Robert W. Payne<br>Alan E. Engle<br>Nicole A. Smith<br>LaRiviere, Grubman & Payne LLP<br>19 Upper Ragsdale Drive<br>P.O. Box 3140<br>Monterey, CA 93942-3140 | Attorneys for Data Physics Corporation |

[X] **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

[ ] **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

[ ] **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Exhibit D
page 15

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

389766.1

NOTICE TO CLERK OF THE SUPERIOR COURT OF REMOVAL

Executed on March 31, 2008, at San Francisco, California.

_____
BLISS BIRCHETT

# EXHIBIT E

# PROOF OF SERVICE

*Data Physics Corporation v. Qualmark Corporation et al.*
Santa Clara County Superior Court, Case No. 108CV106987

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is One Embarcadero Center, Suite 2300, San Francisco, California 94111.

On March 31, 2008, I served the following document(s) described as

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

Robert W. Payne                     Attorneys for Data Physics Corporation
Alan E. Engle
Nicole A. Smith
LaRiviere, Grubman & Payne LLP
19 Upper Ragsdale Drive
P.O. Box 3140
Monterey, CA  93942-3140

[X]    **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

[ ]    **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

[ ]    **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

[ ]    **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

[ ]    **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X]    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

389766.1

NOTICE TO PLAINTIFF OF REMOVAL

Exhibit E
page 18

1  Executed on March 31, 2008, at San Francisco, California.

*[Signature: Bliss Birchett]*
BLISS BIRCHETT