1  Richard S. Falcone, Bar No. 95265
   PAYNE & FEARS LLP
2  Attorneys at Law
   One Embarcadero Center, Suite 2300
3  San Francisco, CA 94111
   Telephone: (415) 398-7860
4  Facsimile: (415) 398-7863
   rsf@paynefears.com
5
   Attorneys for Defendants
6  QUALMARK CORPORATION and
   QUALMARK LING CORPORATION
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| DATA PHYSICS CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALMARK CORPORATION, a Colorado Corporation; QUALMARK LING CORPORATION, a Colorado Corporation; and DOES 1 - 30, inclusive,<br><br>Defendants. | CASE NO. C08 01717 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS QUALMARK CORPORATION'S AND QUALMARK LING CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT OF COLORADO**<br><br>Hearing Date: May 9, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |
|---|---|

The Motion to Dismiss or, in the Alternative, to Transfer Venue to the District of Colorado, filed by Defendants Qualmark Corporation and Qualmark Ling Corporation, was heard before this Court on May 9, 2008, the Honorable Maxine Chesney, United States District Judge, presiding.

Having read all papers submitted therewith and otherwise with respect to said Motion, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Dismiss is GRANTED.  Plaintiff shall promptly bring its claims as

compulsory counterclaims, if at all, in the pending action between the parties in the District of Colorado.

IT IS SO ORDERED.

Dated: _____

                                  Honorable Maxine Chesney
                                  United States District Court
                                  Northern District of California

392293.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT OF
COLORADO                                                          Case No. C08 01717 MMC

# PROOF OF SERVICE

*Data Physics Corporation v. Qualmark Corporation et al.*
United States District Court for the Northern District of California

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is One Embarcadero Center, Suite 2300, San Francisco, California 94111.

On April 4, 2008, I served the following document(s) described as

**[PROPOSED] ORDER GRANTING DEFENDANTS QUALMARK CORPORATION'S AND QUALMARK LING CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT OF COLORADO**

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Robert W. Payne<br>Alan E. Engle<br>Nicole A. Smith<br>LaRiviere, Grubman & Payne LLP<br>19 Upper Ragsdale Drive<br>Monterey, CA 93942-3140 | Attorneys for Data Physics Corporation |

☐ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

☐ **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☒ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection by Overnite Express, and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 4, 2008, at San Francisco, California.

*/s/ Bliss Birchett*
BLISS BIRCHETT

[PROPOSED] ORDER GRANTING DEFENDANTS QUALMARK CORPORATION'S AND QUALMARK LING CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT OF COLORADO   CASE NO. C08 01717 MMC

392372.1