LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne (Ca Bar No. 073901)
Alan E. Engle (Bar No. 224779)
Nicole A. Smith  (Ca Bar No. 243823)
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA PHYSICS CORPORATION,  a California corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>QUALMARK CORPORATION, a Colorado corporation;<br>QUALMARK LING CORPORATION, a Colorado Corporation; and<br>DOES 5-50 inclusive,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CV-08-01717 MMC<br><br>**STIPULATED MOTION TO CONTINUE HEARING ON MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT OF COLORADO; AND [PROPOSED] ORDER** |

       Defendants have noticed a hearing for its Motion to Dismiss or Transfer on May 9,

2008, at  9:00  a.m.    Plaintiff  Data  Physics  requests,  via  this  Stipulated  Motion,  to

reschedule this hearing to May 16, 2008 at 9:00 a.m..  The effect of this reschedule will be

STIPULATED MOTION TO CONTINUE HEARING AND [PROPOSED] ORDER
Case No. C 08 01717 MMC

to extend the date for Plaintiff's Opposition to the Motion to Dismiss or Transfer to April 25, 2008, with a corresponding extension to May 2, 2008, for Defendants to file a Reply.

On March 31, 2008 Defendant's filed a Notice of Removal for this action, which was pending in San Jose Superior Court (1-08-CV-106987).

On April 4, 2008, Defendant's filed a Motion to Dismiss or Transfer this matter to the District of Colorado, where the parties are involved in another action (1:07-cv-02665-REB-KLM). This motion was served on Data Physics via overnight mail on Friday, April 4, 2008.

Under 28 U.S.C 1447(c), a party has 30 days after removal to file a notice of remand. While this deadline has not yet run, after careful consideration Plaintiff Data Physics has elected to not challenge Defendants' removal.

In light of its need to evaluate the merits of Defendants' Notice of Removal and to prepare for the Parties' recent April 15, 2008 case management conference in the Colorado action, Plaintiff hereby requests that the hearing date for Defendant's Motion to Dismiss or Transfer be extended one week to Friday, May 16, 2008. This change would extend the date for Plaintiff's Opposition Motion to April 25, 2008, with a corresponding extension to May 2, 2008 for Defendants to file a Reply.

There have been no previous modifications of any scheduled event in this action.

THE PARTIES HEREBY STIPULATE to reset the hearing date for the Scheduling Friday, May 16, 2008 at 9:00 a.m.

LARIVIERE, GRUBMAN & PAYNE LLP

Dated: _April 18, 2008_                    By: _GRW Payne_

STIPULATED MOTION TO CONTINUE HEARING AND [PROPOSED] ORDER
Case No. C 08 01717 MMC

2

Robert W. Payne
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942
Telephone: 831-649-8800
Facsimile: 831-649-8835
Attorneys for Plaintiff
Data Physics Corporation

PAYNE & FEARS LLP

Dated: April 18, 2007        By: _____
                                  Sean A. O'Brien
                                  Payne & Fears LLP
                                  sao@paynefears.com
                                  One Embarcadero Center, Suite 2300
                                  San Francisco, CA 94111
                                  Telephone: (415) 398-7860
                                  Facsimile: (415) 398-7863
                                  Attorneys for Defendants
                                  QualMark Corporation and QualMark
                                  Ling Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____        _____
                                  Hon. Maxine M. Chesney
                                  United States District Judge

**PROOF OF SERVICE**

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On April 18, 2008, I served the following document:

STIPULATED MOTION TO CONTINUE HEARING AND [PROPOSED] ORDER
Case No. C 08 01717 MMC

3

**STIPULATED MOTION TO CONTINUE HEARING AND [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

> Richard S. Falcone
> Payne & Fears LLP
> One Embarcadero Center, Suite 2300
> San Francisco, CA 94111

__X__   **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____   **HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____   **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

__X__   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 18, 2008 at Monterey, California.

Tabatha Morgan
Paralegal