LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne (Ca Bar No. 073901)
Alan E. Engle (Bar No. 224779)
Nicole A. Smith  (Ca Bar No. 243823)
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>QUALMARK CORPORATION, a Colorado corporation;<br>QUALMARK LING CORPORATION, a Colorado Corporation; and<br>DOES 5-50 inclusive,<br><br>   Defendants. | No. CV-08-01717 MMC<br><br>**STIPULATED MOTION TO CONTINUE HEARING ON MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT OF COLORADO; AND [PROPOSED] ORDER** |

Defendants have noticed a hearing for its Motion to Dismiss or Transfer on May 9, 2008, at 9:00 a.m.  Plaintiff Data Physics requests, via this Stipulated Motion, to reschedule this hearing to May 16, 2008 at 9:00 a.m..  The effect of this reschedule will be

STIPULATED MOTION TO CONTINUE HEARING AND [PROPOSED] ORDER
Case No. C 08 01717 MMC

1

to extend the date for Plaintiff's Opposition to the Motion to Dismiss or Transfer to April 25, 2008, with a corresponding extension to May 2, 2008, for Defendants to file a Reply.

On March 31, 2008 Defendant's filed a Notice of Removal for this action, which was pending in San Jose Superior Court (1-08-CV-106987).

On April 4, 2008, Defendant's filed a Motion to Dismiss or Transfer this matter to the District of Colorado, where the parties are involved in another action (1:07-cv-02665-REB-KLM). This motion was served on Data Physics via overnight mail on Friday, April 4, 2008.

Under 28 U.S.C 1447(c), a party has 30 days after removal to file a notice of remand. While this deadline has not yet run, after careful consideration Plaintiff Data Physics has elected to not challenge Defendants' removal.

In light of its need to evaluate the merits of Defendants' Notice of Removal and to prepare for the Parties' recent April 15, 2008 case management conference in the Colorado action, Plaintiff hereby requests that the hearing date for Defendant's Motion to Dismiss or Transfer be extended one week to Friday, May 16, 2008. This change would extend the date for Plaintiff's Opposition Motion to April 25, 2008, with a corresponding extension to May 2, 2008 for Defendants to file a Reply.

There have been no previous modifications of any scheduled event in this action.

THE PARTIES HEREBY STIPULATE to reset the hearing date for the Scheduling Friday, May 16, 2008 at 9:00 a.m.

Dated: April 18, 2008         LARIVIERE, GRUBMAN & PAYNE LLP
                              By: /s/ G W Payne

STIPULATED MOTION TO CONTINUE HEARING AND [PROPOSED] ORDER
Case No. C 08 01717 MMC

|  |  |
|---|---|
|  | Robert W. Payne<br>19 Upper Ragsdale Drive, Suite 200<br>P.O. Box 3140<br>Monterey, CA 93942<br>Telephone: 831-649-8800<br>Facsimile: 831-649-8835<br>Attorneys for Plaintiff<br>Data Physics Corporation |
|  | PAYNE & FEARS LLP |
| Dated: April 18, 2007 | By: ___/s/ Sean O'Brien___<br>Sean A. O'Brien<br>Payne & Fears LLP<br>sao@paynefears.com<br>One Embarcadero Center, Suite 2300<br>San Francisco, CA 94111<br>Telephone: (415) 398-7860<br>Facsimile: (415) 398-7863<br>Attorneys for Defendants<br>QualMark Corporation and QualMark Ling Corporation |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, with the exception that the hearing date is continued to May 23, 2008.

Dated: April 21, 2008

_____/s/ Maxine M. Chesney_____
Hon. Maxine M. Chesney
United States District Judge

### PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On April 18, 2008, I served the following document:

STIPULATED MOTION TO CONTINUE HEARING AND [PROPOSED] ORDER
Case No. C 08 01717 MMC