LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne (Ca Bar No. 073901)
Alan E. Engle (Bar No. 224779)
Nicole A. Smith (Ca Bar No. 243823)
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California corporation, | No. C 08 01717 MMC |
| Plaintiff, | **DECLARATION OF KEVIN MCINTOSH IN SUPPORT OF DATA PHYSICS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER** |
| v. | |
| QUALMARK CORPORATION, a Colorado corporation; QUALMARK LING CORPORATION, a Colorado Corporation; and DOES 5-50 inclusive, | Date: May 23, 2008<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 7 |
| Defendants. | |

I, Kevin McIntosh, hereby declare as follows:

1. I am an employee of Data Physics Corporation, Plaintiff in this action, and have personal knowledge of each matter stated herein.

2. I am Shaker Operations Manager at Data Physics, with responsibility for overseeing its line of shaker products.

3. Data Physics is in the business of producing and servicing analyzers, controllers, shakers, and related systems for use in testing and measurement of the quality, reliability, and durability of military and industrial equipment.

4. As a regular part of my job I am in contact with the suppliers of materials and parts for Data Physics' products. Data Physics' shaker products are subject to extreme stress and require a high-level of custom craftsmanship. The success of our business requires knowledgeable suppliers who can deliver precision-manufactured shaker parts. Data Physics does business in and has contracts with suppliers located throughout California.

5. Within the last year, I have received information from various different California suppliers of Data Physics about inquiries Qualmark has made to them about ordering precision manufactured parts for shakers.

6. My understanding is that Qualmark Corporation is a Colorado corporation and that the shaker operations of its subsidiary Qualmark Ling are run out of West Haven, Connecticut. There are literally thousands of machine shops in the United States with the basic capability to manufacture shaker parts, so it struck me as suspicious that Qualmark Ling would attempt to obtain parts from suppliers on the opposite side of the country, particularly when such suppliers work for Data Physics.

7. In particular, I received telephone calls from Alum Alloy, FRP (Fiberglass

Reinforced Products), and Bernell Hydraulics, all suppliers of Data Physics located in California, reporting that they had been contacted by Qualmark.

8. Alum Alloy, located in Ontario, California, contacted me regarding a call they received from Qualmark requesting manufacture of certain parts. Then fact that a competitor of Data Physics in the shaker manufacturing field would seek to order parts from them surprised our contact at Alum Alloy.

9. Another California supplier, Bernell Hydraulics, was also contacted by Qualmark about the possibility of manufacturing shaker parts. Again, our contact at Bernell was surprised by this communication.

10. Additionally, FRP, in Riverside, California, was also contacted by Qualmark. This surprised me greatly, as FRP's primary business is manufacturing fiberglass camper shells. Data Physics has personally worked with FRP to inform and educate them about precise shaker manufacturing needs and requirements. I do not know of any legitimate manner in which Qualmark could have learned that FRP was supplying fiberglass products to Data Physics. In my experience, the only things that distinguishes FRP from thousands of other fiberglass shops is that they have done shaker work for Data Physics.

11. In my judgment, there is no manner in which Qualmark could have gained the knowledge of these California suppliers and their work for Data Physics unless such information was gained improperly.

Executed this 24th day of April, 2008 in Laughlin, Nevada  I declare under

penalty of perjury under the laws of the United States that the foregoing is true and correct.

*[signature]*

Kevin W. McIntosh
Shaker Operations Manager

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On April 25, 2008, I served the following document:

### DECLARATION OF KEVIN MCINTOSH IN OPPOSITION OF MOTION TO DISMISS OR TRANSFER

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Richard S. Falcone
Payne & Fears LLP
One Embarcadero Center, Suite 2300
San Francisco, CA 94111

__X__ **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____ **HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____ **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

__X__ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 25, 2008 at Monterey, California.

_Tabatha Morgan_
Tabatha Morgan
Paralegal