Richard S. Falcone, Bar No. 95265
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
rsf@paynefears.com

Attorneys for Defendants
QUALMARK CORPORATION and
QUALMARK LING CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALMARK CORPORATION, a Colorado Corporation; QUALMARK LING CORPORATION, a Colorado Corporation; and DOES 1 - 30, inclusive,<br><br>Defendants. | CASE NO. C08 01717 MMC<br><br>**DECLARATION OF GREG LEGER IN SUPPORT OF DEFENDANTS QUALMARK CORPORATION'S AND QUALMARK LING CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT OF COLORADO**<br><br>Hearing Date:   May 23, 2008<br>Time:           9:00 a.m.<br>Courtroom:      7, 19th Floor<br>Judge:          Hon. Maxine M. Chesney |

I, GREG LEGER, hereby declare as follows:

1.  I am over the age of 18. I have personal knowledge of the facts set forth below and, if called upon to do so, could and would competently testify thereto.

2.  I am employed by Defendant Qualmark Ling Corporation ("Qualmark") as Vice President of Technical Services. I was personally involved in Qualmark's purchase of Ling-related assets from SatCon Power Systems, Inc., a division of SatCon Technology Corporation ("SatCon").

3.  I have read the Declaration of Kevin McIntosh in support of Plaintiff Data Physics Corporation's ("DPC") Opposition to Qualmark's Motion to Dismiss or Transfer. Mr. McIntosh

DECLARATION OF GREG LEGER                                                        Case No. C08 01717 MMC

speculates that Qualmark somehow is inappropriately attempting to obtain confidential DPC information from several vendors, including Alum Alloy, Fiberglass Reinforced Products ("FRP"), and Bernell Hydraulics ("Bernell"). Mr. McIntosh's assumptions and speculations are incorrect.

4. Qualmark learned of Alum Alloy through SatCon in 2005, when it acquired tooling product from SatCon that then, as now, resides at an Alum Alloy facility. That tooling is still being used today by Alum Alloy to manufacture product for Qualmark. This tooling is assigned to produce our product Part Numbers 770060106, 770060063 and 770710993.

5. Qualmark similarly learned of FRP from SatCon. Indeed, FRP was included on a SatCon vendor list which was acquired by Qualmark as part of the purchase of SatCon's Ling assets. FRP has been a Qualmark vendor since late 2005/early 2006. Additionally, Qualmark/Ling has extensive tooling at FRP that was acquired in the sale of Ling. This tooling is assigned to produce out product Part Numbers 715779, 715647, 715688, 714433, 718414, 715952, 46528, 704337 and 712203.

6. I understand that Bernell was introduced to Qualmark by Shore Western Manufacturing, another California hydraulics company that was on the vendor list obtained from SatCon. Bernell is a well-known supplier of hydraulics and was recommended to us by Shore Western when it was unable to accommodate a job for Qualmark.

7. Finally, I take offense to Mr. McIntosh's suggestion that Qualmark is trying to obtain confidential DPC information from our long-standing vendors. Rather, it appears to me that it is DPC who is taking advantage of our vendors and potentially gaining products and benefits through the vendors' use of tooling which has been paid for by Qualmark, but which is still resident at its vendors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of May, 2008, in Denver, Colorado.

By: _____
GREG LEGER

# PROOF OF SERVICE

*Data Physics Corporation v. Qualmark Corporation et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is One Embarcadero Center, Suite 2300, San Francisco, California 94111.

On May 2, 2008, I served the following document(s) described as

**DECLARATION OF GREG LEGER IN SUPPORT OF DEFENDANTS QUALMARK CORPORATION'S AND QUALMARK LING CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT OF COLORADO**

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

Robert W. Payne                              Attorneys for Data Physics Corporation
Alan E. Engle
Nicole A. Smith
LaRiviere, Grubman & Payne LLP
19 Upper Ragsdale Drive
Monterey, CA 93942-3140

☐ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

☐ **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☒ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection by Overnite Express, and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 2, 2008, at San Francisco, California.

*/s/ Bliss Birchett*
BLISS BIRCHETT

DECLARATION OF GREG LEGER                                    CASE NO. C08 01717 MMC