United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATA PHYSICS CORPORATION, a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALMARK CORPORATION, a Colorado Corporation, et al.,<br><br>    Defendants<br>_____ / | No. C-08-1717 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; VACATING HEARING** |

    Before the Court is the motion filed April 4, 2008, by defendants Qualmark Corporation and Qualmark Ling Corporation, whereby defendants seek, under the "first to file" rule, dismissal of the instant action, or alternatively transfer to the District of Colorado, based on defendants' earlier filing, in said District, of an action between the same parties and concerning the same issues. Plaintiff has filed opposition, to which defendants have replied.

    Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), hereby VACATES the May 23, 2008 hearing on the matter, and, for the reasons set forth by defendants, hereby GRANTS defendants' motion to dismiss. Such

1  dismissal is without prejudice to plaintiff's bringing its claims in the pending action in the
2  District of Colorado.
3  **IT IS SO ORDERED.**
4  Dated: May 19, 2008
5  _____
   MAXINE M. CHESNEY
   United States District Judge

2